# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ANTWAN CONELL JOHNSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2615

———————————————

December 12, 2025

Appeal from the Circuit Court for Hillsborough County; Nick Nazaretian, Judge.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.